## Williams *v.* Central of Ga. Ry. Co.

*Damages for Death of Intestate.*

(Decided Jan. 30, 1906. 40 So. Rep. 143.)

APPEAL from Birmingham City Court.
Heard before Hon. CHARLES A. SENN.
J. C. KING, for appellant.
LONDON & LONDON, for appellee.
Affirmed.
Opinion by SIMPSON, J.

HARALSON, DOWDELL and DENSON, JJ., concur.

---

## Johnson *v.* Oldham, *et al.*

*Injunction.*

(Decided Feb. 17, 1906. 40 So. Rep. 213.)

APPEAL from Shelby Chancery Court.
Heard before Hon. R. B. KELLY.
J. W. BUSH, for appellant.
E. S. LYMAN, for appellee.
Affirmed.
Opinion by DENSON, J.

HARALSON, DOWDELL, SIMPSON and ANDERSON, JJ., concur.

---

## City Council of Montgomery *v.* West.

INJUNCTION.

(Decided Feb. 17, 1906. 40 So. Rep. 215.)

APPEAL from Montgomery Chancery Court.
Heard before Hon. W. L. PARKS.
RAY RUSHTON and HILL, HILL & WHITING, for appellant.
A. A. WILEY, for appellee.
Reversed, rendered and remanded.
Opinion by HARALSON, J.

DOWDELL, SIMPSON, ANDERSON and DENSON, JJ., concur.